Windsor,<br>*February*,<br>1843.

## WINDSOR COUNTY.

### February Term, 1843.

#### Stephen Cummings v. Sewall Fullam.

A party will be entitled to the usual time, under the rule, for filing exceptions to a report of auditors, after a motion to recommit the report has been disposed of.

In this case, which was a report of auditors in an action of book account *referred in this court*, the party, against whom the report was made, moved to recommit the same to the auditors, which motion, on hearing, was overruled. The court held the party still entitled to the usual time, under the rule, for filing exceptions, after the motion to recommit was disposed of, upon the double ground, that, until that time it could not be known that the party would be driven to his exceptions, and, also, that by filing exceptions, he virtually waived his motion to recommit. Such, the court remarked, is the rule in chancery, in New York, in regard to exceptions to the report of the master, and we think it the most convenient rule in practice.

#### John Stimpson v. Jacob A. Cummings.

Exceptions may be entered in the supreme court, although a term of that court may have intervened after the taking of the exceptions, in a case where a motion for a new trial is pending, until after such intervening term.

The verdict in this case, in the county court, was found

WINDSOR,
February,
1843.

November term, 1840, but the case was not entered in this court until February term, 1842.

The party, in whose favor the judgment below was rendered, now moved to dismiss the exceptions, on the ground that the case should have been entered in this court at the next term after the exceptions were taken in the county court. It appeared, by referring to the docket entries, that there had been pending in the county court a motion for a new trial until the May term, 1841.

BY THE COURT. — This was a sufficient reason for not bringing the exceptions into this court. They could not have been entertained here, until the motion for a new trial had been disposed of in the county court.